IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFREY S. GLADHILL,<br><br>  Plaintiff,<br><br>v.<br><br>WASHINGTON COUNTY BOARD OF EDUCATION, *et al.*<br><br>  Defendants. | CIVIL NO. MJM-23-0098 |

### ORDER

For the reasons stated in this accompanying Memorandum Opinion, it is this 22nd day of March, 2024, by the United States District Court for the District of Maryland, ORDERED that

1. Defendants' Motion to Dismiss (ECF No. 13) is GRANTED;

2. Plaintiff's Amended Complaint is DISMISSED without prejudice; and

3. Plaintiff shall have 30 days from the date of this Order to file a motion for leave to file an amended pleading, a motion to stay pending completion of the administrative process, or a notice of intent not to request leave to amend or a stay, subject to extension supported by good cause.[1] If Plaintiff fails to file any motion or notice within 30 days, this case shall be closed.

/S/
Matthew J. Maddox
United States District Judge

---

[1] At present, the Court takes no position on the merits of any motion for leave to amend or motion to stay.